UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:08-CR-79-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DONNA LOU CARTER, | ) | |
| Defendant. | ) | |

By letter/motion dated October 10, 2012, the defendant Donna Carter ("Carter"), requests that the court modify her judgment to permit her to serve her remaining sentence on house arrest rather than in the custody of the Bureau of Prisons. See Letter/Motion [DE-51].

While the court is sympathetic to Ms. Carter's concerns for the needs of her family, the court is without authority under the circumstances to modify or reduce her sentence. The manner of service of a sentence is within the province of the Bureau of Prisons, which is a division of the executive branch of government.

Ms. Carter is encouraged to continue to take full advantage of educational and vocational opportunities available to her in the Bureau of Prisons, and is commended for her efforts thus far. However, because the relief she seeks is not available to her, Carter's letter/motion to modify her judgment is DENIED.

SO ORDERED. This, the 17th day of October, 2012.

JAMES C. FOX
Senior United States District Judge