# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2335
Fax: 252-758-8570

**DATE:** March 15, 2018

**FROM:** Taron N. Seburn
U.S. Probation Officer

**SUBJECT:** CARTER, Donna Lou
Case No.: 4:08-CR-79-1BO
**Request for Early Termination**

**TO:** Terrence W. Boyle
U.S. District Judge

On February 2, 2010, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute More Than 5 Kilograms of Cocaine, More Than 50 Grams of Cocaine Base (Crack), and a Quantity of Methamphetamine, Donna Lou Carter appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 84 months imprisonment to be followed by 5 years of supervised release.

The defendant was released from custody on April 4, 2014, and began supervision in the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since December 2016. Her term of supervised release is set to expire on April 3, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they concur with our recommendation. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_ (signature)     3-19-18
Terrence W. Boyle                 Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 4:08-CR-79-1BO

DONNA LOU CARTER

On April 4, 2014, the above named was released from prison and commenced a term of supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Supervising U.S. Probation Officer

/s/ Taron N. Seburn  
Taron N. Seburn  
U.S. Probation Officer  
201 South Evans Street, Rm 214  
Greenville, NC 27858-1137  
Phone: 252-830-2335  
Executed On: March 15, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19__ day of __March__, 2018.

Terrence W. Boyle  
U.S. District Judge